ContinuityX Solutions Inc.
Analysis of preferential transfer to Robert Fleck

|  | Invoice Date | Invoice Amount | Check # | Payment Date* | Amount Paid** |
|---|---|---|---|---|---|
|  | 10/16/2012 | 6,180.00 | 1689 | 11/19/2012 | 6,822.18 |
|  | 10/29/2012 | 6,300.00 | 1688 | 11/19/2012 | 6,723.69 |
|  | 11/12/2012 | 6,560.00 | 1802 | 1/22/2013 | 6,008.32 |
|  | 12/10/2012 | 4,880.00 | 1801 | 1/22/2013 | 4,880.00 |
|  | 11/26/2012 | 5,940.00 | Wire Debit | 2/12/2013 | 17,000.00 |
|  | 12/31/2012 | 5,600.00 |  |  |  |
|  | 1/21/2013 | 7,500.00 |  |  |  |
|  | 2/4/2013 | 8,160.00 |  |  |  |
|  | 2/17/2013 | 3,740.00 |  |  |  |
| Expense Report | 12/8/2012 | 319.68 | 1760 | 12/21/2012 | 319.68 |
| Expense Report | 11/10/2012 | 423.21 | 1761 | 12/21/2012 | 423.21 |
| Expense Report | 11/24/2012 | 304.23 | 1762 | 12/21/2012 | 304.23 |
|  |  | 55,907.12 |  |  | 42,481.31 |

**The difference between the invoice amount and payment amount represents expense payments