UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

| | |
|---|---|
| In Re: | **Chapter 7** |
| **CONTINUITYX, INC.,** *et al.,* | **Case No. 13-10458 (MKV)** |
| Debtors. | **Jointly Administered** |
| | **Substantively Consolidated** |

-----------------------------------------------------------

**ROBERT L. GELTZER**, as Trustee for the
Estate of **CONTINUITYX, INC.,** *et al.*,

               Plaintiff,

    - against -                        **Adv. Pro. No. 15-01015 (MKV)**

**ROBERT FLECK**,

               Defendant.

-----------------------------------------------------------

## ORDER GRANTING THE TRUSTEE'S
## MOTION FOR SUMMARY JUDGMENT

Upon Robert L. Geltzer, Chapter 7 trustee (the "Trustee") of ContinuityX, Inc. et al., the debtors (the "Debtors"), filing on August 4, 2016, a motion (the "Motion") for an order granting the Trustee summary judgment against Robert Fleck, the defendant (the "Defendant") (Dkt. No. 24); and the Defendant having filed opposition to the Motion on September 19, 2016 (Dkt. No. 30); and the Trustee having filed a reply on October 7, 2016 (Dkt. No. 31); and after hearing the arguments of the Trustee and the Defendant on October 19, 2016, and upon consideration of the entire case file; it is hereby

ORDERED, that for the reason stated in the Court's Memorandum Decision, dated March 17, 2017, the Trustee's Motion is granted; and it is further

ORDERED, that judgment be, and hereby is, entered against Robert Fleck in the amount of $28,541.31 (the "Judgment"); and it is further

ORDERED, that the Trustee is awarded pre-judgment interest on the amount of $28,541.31 at the Federal rate fixed pursuant to 28 U.S.C. §1961 amounting to $324.38 as of March 31, 2017, and further interest at that rate until the Judgment is satisfied.

Dated: New York, New York
_____ , 2017

_____
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge