Exhibit B

# UNITED STATES DISTRCIT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/17

Robert L Geltzer, as Trustee for the
Estate of **ContinuityX, Inc., et al.**,

           Plaintiff/Appellee

– against –

**Robert Fleck,**

           Defendant/Appellant.

1:17-cv-03283

Appeal from Adv, Pro. No. 15-01015 (MKV)

*Related to:*

In Re:

**ContinuityX, Inc, et al.,**

           Debtors.

Chapter 7

Case No. 13-10458 (MKV)

Jointly Administered
Substantively Consolidated

## STIPULATION and ORDER TO DISMISS

    IT IS HEREBY STIPULATED by and between the parties to this appeal, acting either pro se or by and through their undersigned counsel, that, subject to the Court's approval, this case shall be dismissed with prejudice and without costs, all matters in controversy for which such action was filed having been fully settled compromised and adjourned.

_____
Robert Fleck, Pro se
623 Kohley Road
Lisle, IL 60532

_____
Mark Bruh
Law Offices of Robert L. Geltzer
1556 Third Avenue, Suite 505
New York, NY 10128
Attorney for Robert Geltzer, Trustee

The appeal is deemed dismissed with prejudice. The Clerk is directed to close 17cv3283

SO ORDERED
/s/ [signature], USDJ
7-14-17

Mailed to
Bruh,
Garvey,
Fleck
7/14/17